UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 21-cv-62102-GAYLES/STRAUSS

LES PECHERIES NORREF QUEBEC
INC.,

    Plaintiff,

v.

SEA DELIGHT GROUP, LLC, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court on Magistrate Judge Jared M. Strauss's Report and Recommendation (the "Report") [ECF No. 69]. The action was referred to Magistrate Judge Strauss, pursuant to 28 U.S.C. § 636(b)(1)(B), for a ruling on all pretrial, non-dispositive matters, and for a Report and Recommendation on any dispositive matters. [ECF No. 55, 62]. On February 16, 2022, Judge Strauss issued the Report recommending that this action be dismissed without prejudice for lack of subject matter jurisdiction. [ECF No. 69]. No objections have been filed.

   A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint*

*Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

The Court finds no clear error with Judge Strauss's recommendation and agrees that this action should be dismissed without prejudice for lack of subject matter jurisdiction.

## CONCLUSION

Accordingly, after careful consideration, it is **ORDERED AND ADJUDGED** as follows:

(1) Judge Strauss's Report and Recommendation, [ECF No. 69], is **ADOPTED in full**;

(2) This action is **DISMISSED** without prejudice for lack of subject matter jurisdiction. All pending motions are **DENIED as MOOT.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of March, 2022.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE